NALL & MILLER
Adriane Y. Sammons (admitted pro hac vice)
235 Peachtree Street, N.E.
Suite 1500
Atlanta, GA 30303-1401
Telephone (404) 522-2200

HOLLAND & KNIGHT LLP
Shelley G. Hurwitz (State Bar #217566)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400

Attorneys for Defendant Maytag Corporation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| FIRST AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MAYTAG CORPORATION; and DOES 1 – 50, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:06-CV-01750-GEB-KJM<br><br>**STIPULATION REGARDING CONTINUANCE OF DATES; [PROPOSED] ORDER** |

　　　　Plaintiff FIRST AMERICAN SPECIALTY INSURANCE COMPANY, (hereinafter "Plaintiff"), and Defendant MAYTAG CORPORATION, (hereinafter "Defendant") (collectively, "the Parties"), hereby stipulate as follows:

　　　　1.　　The Parties enter into this stipulation to extend the time for the exchange of expert witness reports pursuant to Federal Rules of Civil Procedure, Rule 26(a)(B)(2), the discovery cut-off, the deadline for the hearing on motions,

the filing of the Joint Pretrial Statement, and the Final Pretrial Conference. The Parties are not requesting a continuance of the trial date.

2. On October 13, 2006, the Court issued a Case Management Order setting the following dates in this matter:

    a. Expert Report Exchange: February 12, 2007
    b. Rebuttal Expert Report Exchange: March 12, 2007
    c. Discovery Completion Date: July 11, 2007
    d. Deadline For Motions To Be Heard: September 10, 2007
    e. Deadline to file Joint Pretrial Statement: October 29, 2007
    f. Final Pretrial Conference: November 5, 2007
    g. Trial: February 12, 2008

3. By stipulation of the parties, the Court continued the following dates:

    a. Expert Report Exchange: May 11, 2007
    b. Rebuttal Expert Report Exchange: June 11, 2007
    c. Discovery Completion Date: September 11, 2007
    d. Deadline For Motions To Be Heard: October 31, 2007

4. The parties have been working diligently to investigate the facts in order to engage in meaningful settlement discussions. The parties are currently engaged in settlement discussions, and wish to continue to do so with the purpose of negotiating a settlement of this matter.

5. The Parties agree that settlement will be facilitated if the Parties are not required to incur the expense of producing expert reports. Accordingly, the Parties stipulate to the following continuances:

    a. Last Date to Comply with Fed. R. Civ. P. 26(a)(2)'s Initial Expert Witness Disclosure and Report Requirements: August 11, 2007

|   |   |   |
|---|---|---|
| 1 | b. | Last Date to Comply with Rebuttal/ Supplemental Expert Witness Disclosure and Report Requirements: September 11, 2007 |
| 3 | c. | Discovery Completion Date: September 18, 2007 |
| 4 | d. | Last Hearing Date for Motions: November 19, 2007 |
| 5 | e. | Deadline to file Joint Pretrial Statement: December 29, 2007 |
| 6 | f. | Final Pretrial Conference: January 7, 2008, at 11:00 a .m. |
| 7 | 6. | The parties are not requesting a continuance of the trial. |
| 8 | 7. | The parties expressly agree that they will not contend at any proceeding, or at any other time, that expert report disclosures are untimely, if made in accordance with the time proscriptions set forth in paragraph 5 above. The parties expressly agree to continue to engage in discovery until the date set forth in paragraph 5 above. |

DATED:  May____, 2007          HOLLAND & KNIGHT LLP


_____/s/ Shelley Hurwitz_____
Shelley Hurwitz
Attorneys for Defendant Maytag
Corporation

DATED:  May____, 2007          LAW OFFICES OF EDWARD W. HESS JR.


__/s/ Edward W. Hess, Jr._____
Edward W. Hess, Jr.
Attorneys for Plaintiff First American
Specialty Insurance Company

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, the Court orders as follows:

The dates set in this matter shall be continued as follows:

    a.    Last Date to Comply with Fed. R. Civ. P. 26(a)(2)'s Initial Expert Witness Disclosure and Report Requirements: August 10, 2007

    b.    Last Date to Comply with Rebuttal/ Supplemental Expert Witness Disclosure and Report Requirements: September 11, 2007

    c.    Discovery Completion Date: September 18, 2007

    d.    Last Hearing Date for Motions: November 19, 2007

    e.    Final Pretrial Conference: January 7, 2008, at 11:00 a.m.

IT IS SO ORDERED.

DATE: May 18, 2007

GARLAND E. BURRELL, JR.
United States District Judge