IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIRST AMERICAN SPECIALTY INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | 2:06-cv-1750-GEB-KJM |
| v. | ) ) | ORDER TO SHOW CAUSE |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) | |

It appears that Plaintiff's counsel has not been admitted to practice in the Eastern District of California, as required by Local Rule 83-180, but has been practicing in this District. Plaintiff and its counsel are therefore ordered to show cause in a written document to be filed no later than June 1, 2007, why Plaintiff and/or its counsel should not be sanctioned for violating Local Rule 83-180. Said sanctions could include dismissal of this action. The written statement shall state whether a hearing is requested on the order to
///
///
///

1

1 | show cause.  If a hearing is requested, the matter will be heard on
2 | June 18, 2007, at 10:00 a.m.
3 |       IT IS SO ORDERED.
4 | Dated:  May 21, 2007

                                GARLAND E. BURRELL, JR.
                                United States District Judge