IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN SPECIALTY INSURANCE CO., | )<br>)<br>) 2:06-cv-1750-GEB-KJM |
| Plaintiff, | )<br>) |
| v. | ) ORDER DISCHARGING<br>) ORDER TO SHOW CAUSE |
| MAYTAG CORPORATION, | )<br>) |
| Defendant. | )<br>) |

The Order to Show Cause filed May 22, 2007 is discharged.

IT IS SO ORDERED.

Dated: May 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1