UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIRST AMERICAN SPECIALTY INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | 2:06-cv-1750-GEB-KJM |
| v. | ) ) | ORDER RE: SETTLEMENT |
| MAYTAG CORPORATION, | ) ) | AND DISPOSITION |
| Defendant. | ) ) | |

On August 9, 2007, Defendant filed a Notice of Settlement notifying the Court that "[t]he parties have entered into a settlement of this matter, and are in the process of preparing the settlement documentation."  Accordingly, a dispositional document shall be filed no later than August 29, 2007.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  August 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge